**ORIGINAL**

FILED
DISTRICT OF WYOMING
CHEYENNE

2003 MAR 17 AM 9: 55

CLERK
U.S. DISTRICT COURT

Dennis W. Lancaster
Lancaster Law Offices, P.C.
631 So Washington Ave., Suite B
PO Box 1589
Afton, WY 83110
Phone: (307) 885-4529
Fax: (307) 885-4531

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHANTELL SWENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 02CV1062B |
| ) | |
| LINCOLN COUNTY SCHOOL ) | |
| DISTRICT NO. 2, A Wyoming ) | |
| School District, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT, LINCOLN COUNTY SCHOOL DISTRICT NO. 2's MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, LINCOLN COUNTY SCHOOL DISTRICT NO. 2, by and through its attorney, Dennis W. Lancaster of Lancaster Law Offices, P.C., and moves the Court, pursuant to Federal Rule of Civil Procedure, Rule 56, for an order granting Summary Judgment as

a matter of law on the grounds that there are no genuine issues of material fact in dispute relating to the issues set forth in this motion, and that said Defendant, LINCOLN COUNTY SCHOOL DISTRICT NO. 2, is entitled to judgment as a matter of law.

In support of this Motion for Summary Judgment, the Defendant, LINCOLN COUNTY SCHOOL DISTRICT NO. 2, does hereby file it's Memorandum in Support of Motion for Summary Judgment, with the attached Affidavits of Dixie Roberts, Violet Teichert, Jana Dayton, and attachments thereto; the depositions of Shantell Swenson, Pat Swenson, Steve Swenson, and Dixie Roberts, and attachments thereto, together with the pleadings on file herein.

**WHEREFORE**, the Defendant, LINCOLN COUNTY SCHOOL DISTRICT NO. 2, does hereby respectfully move the Court for an Order granting it Summary Judgment, and dismissing the Plaintiff's Complaint filed against said Defendant.

**DATED** this 14th day of March, 2003.

BY: _____
DENNIS W. LANCASTER
Lancaster Law Offices, P. C.
631 S. Washington Ave., Suite B
P.O. Box 1589
Afton, WY 83110-1589
Attorney for Defendant, Lincoln County School District No. 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2003, a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** was served as follows:

| | |
|---|---|
| James R. Bell | [✓] US Mail |
| MURANE & BOSTWICK, LLC | [ ] Facsimile |
| 201 North Wolcott | [ ] Fed Ex |
| Casper Wyoming 82601 | [ ] Hand Delivered |